UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT D. STEWART,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 06-127 (JDB)

## ORDER

On May 3, 2006, this Court issued an Order directing plaintiff to show cause why this action should not be dismissed for failure to exhaust administrative remedies, pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff's response was due by not later than May 24, 2006, but has not yet been received. Accordingly, it is this twenty-sixth day of May, 2006, hereby

**ORDERED** that plaintiff shall respond to the Order issued on May 3, 2006 by not later than June 2, 2006, or this action may be dismissed for failure to prosecute.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

ROBERT D. STEWART
1514 Avoca Eureka Road
Bedford, IN 47421
(812) 279-1303
*Plaintiff pro se*