UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT D. STEWART,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 06-127 (JDB) |

## ORDER

Upon consideration of plaintiff's failure to respond to the Court's show cause order, his failure to respond to the Court's second order advising him of the possibility of dismissal for failure to prosecute, the lack of any credible assertion that plaintiff has exhausted the administrative remedies available to him under 26 U.S.C. § 7433 and its attendant regulations, and the entire record herein, and for the reasons set forth more fully in the Memorandum Opinion issued on this date, it is this sixth day of June, 2006, hereby

**ORDERED** that plaintiff's action is **DISMISSED,** without prejudice, for failure to state a claim upon which relief can be granted and for failure to prosecute.

   **SO ORDERED.**

                                  /s/ John D. Bates
                                   JOHN D. BATES
                               United States District Judge

*Copies to:*

ROBERT D. STEWART
1514 Avoca Eureka Road
Bedford, IN 47421
(812) 279-1303
    *Plaintiff pro se*